**DISMISS; and Opinion Filed January 17, 2018.**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

**No. 05-17-01091-CV**

**EDUARDO CASADO, Appellant**
**V.**
**OSTEOMED, LP, Appellee**

**On Appeal from the 162nd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-14-07537**

# MEMORANDUM OPINION

Before Justices Francis, Evans, and Boatright
Opinion by Justice Boatright

Before the Court is appellant's January 4, 2018 unopposed motion for voluntary dismissal of this appeal. Having concluded that dismissing the appeal would not prevent a party from seeking relief to which it would otherwise be entitled, TEX. R. APP. P. 42.1(a)(1), we grant appellant's motion and dismiss the appeal.

/Jason Boatright/
JASON BOATRIGHT
JUSTICE

171091F.P05



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

EDUARDO CASADO, Appellant

No. 05-17-01091-CV      V.

OSTEOMED, LP, Appellee

On Appeal from the 162nd Judicial District
Court, Dallas County, Texas
Trial Court Cause No. DC-14-07537.
Opinion delivered by Justice Boatright.
Justices Francis and Evans participating.

In accordance with this Court's opinion of this date, the appeal is **DISMISSED**.

Subject to any agreement between the parties, it is **ORDERED** that appellee Osteomed, LP recover its costs, if any, of this appeal from appellant Eduardo Casado.

Judgment entered this 17th day of January, 2018.